Kristina Hellman, OSB #030026
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Kristina_Hellman@fd.org

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN JAMES ENGLE, | Case No.: 6:17-cv-00323-JR |
| Petitioner, | NOTICE OF REASSIGNMENT |
| v. | |
| SUPERINTENDENT KELLY, *OSP*, | |
| Respondent. | |

Notice is hereby given that the above-captioned case has been internally reassigned from Federal Public Defender Lisa C. Hay to Assistant Federal Public Defender Kristina Hellman.

Respectfully submitted on September 6, 2017.

                                           */s/ Kristina Hellman*
                                           Kristina Hellman
                                           Attorney for Petitioner