UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JUSTIN JAMES ENGLE,

    Petitioner,

v.

SUPERINTENDENT KELLY,

    Respondent.

Case No. 6:17-cv-00323-JR

ORDER

MCSHANE, District Judge:

Petitioner's Unopposed Motion to Dismiss Petition for Writ of Habeas Corpus Without Prejudice [ECF No. 31] is GRANTED, and this case is DISMISSED without prejudice.

Dated this 21st day of August, 2018.

    s/ Michael J. McShane
    Michael J. McShane
    United States District Judge

1   - ORDER